Coly v Yorke & Sons Auto, Inc. (2024 NY Slip Op 51721(U))

[*1]

Coly v Yorke & Sons Auto, Inc.

2024 NY Slip Op 51721(U) [84 Misc 3d 132(A)]

Decided on December 19, 2024

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 19, 2024
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Tisch, J.P., James, Perez, JJ.

570428/24

Georges Coly, Plaintiff-Appellant, 
against
Yorke & Sons Auto, Inc., and Alive Auto Repair, Inc.,
Defendants-Respondents.

Plaintiff appeals from a judgment of the Civil Court of the City of New York, Bronx
County (Ashlee Crawford, J.), entered May 11, 2023, after inquest, in favor of the
defendants dismissing the action.

Per Curiam.
Judgment (Ashlee Crawford, J.), entered May 11, 2023, affirmed, without costs.
In reviewing the record, we find that Civil Court properly dismissed the action after
inquest. Given the inquest court's fully supported finding that plaintiff's testimony was
"replete with substantial gaps" and "inconsistencies," as well as a lack of documentary
proof, we agree that plaintiff did not establish a viable cause of action against defendants
for replevin and money damages arising from the alleged wrongful retention of his
vehicle (see Woodson v Mendon Leasing Corp., 100 NY2d 62 [2003];
Litvinskiy v May Entertainment Group, Inc., 44 AD3d 627 [2007]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 19, 2024